# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANDRES CHAVES,**
Appellant,

v.

**ELISABETH HAYES,**
Appellee.

No. 4D2025-3615

[May 14, 2026]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Lebow, Judge; L.T. Case No. 062020DR004104AXXXCE.

Erik W. Scharf, Scharf Appellate Group, Miami, and Spencer David West, Mitchell & West, LLC, Miami, for appellant.

Nancy W. Gregoire Stamper, Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Seth Eric Schneiderman, Seth E. Schneiderman, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***